■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY ANTHONY, Also Known as ANTHONY WILLIAMS, Appellant.—Judgment unanimously affirmed. Memorandum: Six defendants appeal the denial without a hearing of motions to dismiss the indictments against them in the interest of justice (CPL 210.20, subd 1, par [i]; 210.40, subd 1). Affirmance of the order is supported by *Hampton v United States* (425 US 484) and *United States v Russell* (411 US 423) and we find no allegation warranting a hearing on the motions (CPL 210.45, subd 5, par [a]). If there was police misconduct in the investigations leading to defendants' indictments, it is a matter for separate discipline or prosecution (see *United States v Russell, supra; People v Belkota,* 50 AD2d 118). (Appeal from judgment of Erie County Court—conspiracy, first degree, etc.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN LEWIS, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Anthony* (60 AD2d 994). (Appeal from judgment of Erie Supreme Court—conspiracy, first degree.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS McCAIN, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Anthony* (60 AD2d 994). (Appeal from judgment of Erie Supreme Court—criminal possession controlled substance, third degree.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEGGY MOTLEY, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Anthony* (60 AD2d 994). (Appeal from judgment of Erie Supreme Court—criminal sale controlled substance, fifth degree.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WILLIAMS, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Anthony* (60 AD2d 994). (Appeal from judgment of Erie Supreme Court—conspiracy, first degree.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR WOFFORD, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Anthony* (60 AD2d 994). (Appeal from judgment of Erie Supreme Court—criminal sale controlled substance, third degree.) Present—Marsh, P. J., Moule, Simons and Witmer, JJ.